UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00151-LK |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DANIEL VAZQUEZ ARROYO, and ERNESTO CASILLAS, | |
| Defendants. | |

This matter comes before the Court on the Government's Consolidated Motion for a Final Order of Forfeiture, Dkt. No. 319, seeking to forfeit to the United States the following property (the "Subject Property") which was seized on or about September 9, 2022, and which was preliminarily forfeited from Defendants Daniel Vazquez Arroyo and Ernesto Casillas:[1]

   1.   Approximately $1,340 in U.S. currency, seized from the person of Defendant Ernesto Casillas;

---

[1] The Government is not seeking a final order of forfeiture for the Smith & Wesson .38 SPL +P Revolver, bearing serial number CYS3434, that was preliminarily forfeited from Mr. Vazquez Arroyo and Mr. Casillas, *see* Dkt. Nos. 168, 202, because it is the subject of Joshua Owen's third-party claim, *see* Dkt. No. 252.

FINAL ORDER OF FORFEITURE - 1

2. Approximately $145,360 in U.S. currency, seized from 743 Central Ave N., Room 15, Kent, Washington;

3. One Colt DA .38 Caliber Revolver, bearing serial number U895, and any associated ammunition, magazines, and accessories, seized from 743 Central Ave. N., Room 15, Kent, Washington (the "Colt Revolver"); and

4. One Pietro Beretta 9mm pistol, bearing serial number D77240Z, and any associated ammunition, magazines, and accessories seized from Totem Self Storage, Unit 270, 8838 228th Street, Kent, Washington.

The United States is also moving, pursuant to Rule 32.2(c)(2), for a Final Order of Forfeiture as to the approximately $600 in U.S. currency, seized on or about September 9, 2022, from the person of Defendant Daniel Vazquez Arroyo (the "Vazquez Arroyo Currency"), which has been preliminarily forfeited from him. Dkt. No. 202.

The Court, having reviewed the Government's motion, as well as the other papers and pleadings filed in this matter, hereby finds that entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. On May 3, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property was forfeitable pursuant to 21 U.S.C. § 853(a) as property that facilitated, and/or that constituted proceeds of, Mr. Casillas' commission of Conspiracy to Distribute Controlled Substances. Dkt. No. 168 at 2. The Court also found that the Colt Revolver was forfeitable pursuant to 18 U.S.C. § 924(d), by way of 28 U.S.C. § 2461(c), as a firearm that was involved in Mr. Casillas's commission of Illegal Alien in Possession of Firearms, and forfeited Mr. Casillas' interest in it to the United States. *Id.* at 3.

2. On August 20, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property and the Vazquez Arroyo Currency forfeitable, pursuant to 21 U.S.C. § 853, and the Colt Revolver forfeitable, pursuant to 18 U.S.C. § 924(d), by way of 28 U.S.C. § 2461(c), and forfeiting Mr. Vazquez Arroyo's interest in this property, Dkt. No. 202 at 3;

3. Thereafter, the Government published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C). Dkt. Nos. 179, 222. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(6)(A), the Government also provided direct notice to three potential claimants to the Subject Property and the Vazquez Arroyo Currency, and attempted to provide direct notice to a fourth potential claimant, but that notice was returned as undeliverable. *See generally* Dkt. No. 320.

4. The time for filing third-party claims to the Subject Property and the Vazquez Arroyo Currency has expired, and none were filed. Dkt. No. 319 at 5.

Now, therefore, the Court ORDERS the following:

1. No right, title, or interest in the Subject Property and the Vazquez Arroyo Currency exists in any party other than the United States;

2. The Subject Property and the Vazquez Arroyo Currency are fully and finally condemned and forfeited, in their entirety, to the United States;

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property and the Vazquez Arroyo Currency in accordance with the law; and

//

//

4.      The Court will retain jurisdiction for the purpose of enforcing the Final Order of

Forfeiture as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED.

Dated this 22nd day of July, 2025.


Lauren King
United States District Judge