The Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2. DANIEL VAZQUEZ ARROYO, and<br>4. ERNESTO CASILLAS,<br><br>Defendants,<br><br>and<br><br>JOSHUA AARON OWEN,<br><br>Third-Party Claimant. | NO. CR22-151-LK<br><br>**STIPULATION AND [PROPOSED] ORDER SETTLING THIRD-PARTY CLAIM**<br><br>NOTE ON MOTION CALENDAR:<br>August 19, 2025 |

The United States and Third-Party Claimant Joshua Aaron Owen present the following Stipulation and proposed Order to settle Mr. Owen's asserted interest in a Smith & Wesson .38 SPL +P Revolver, bearing serial number CYS3434 (the "Subject Firearm") that was forfeited by Defendants Ernesto Casillas and Daniel Vazquez Arroyo in this case.

Stipulation and [Proposed] Order - 1
*United States v. Daniel Vazquez Arroyo, et al.*, CR22-151-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## I. BACKGROUND

Defendants Daniel Arroyo Vazquez and Ernesto Casillas agreed to forfeit their interests in the Subject Firearm pursuant to their respective plea agreements in this matter. Dkt. No. 164 (Casillas Plea Agreement); Dkt. No. 195 (Arroyo Vazquez Plea Agreement). Prior to their sentencings, the Court entered Preliminary Orders of Forfeiture (POFs), forfeiting Defendants' interests in the Subject Firearm. Dkt. No. 168 (Casillas POF); Dkt. No. 202 (Arroyo Vazquez POF). Thereafter, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States published notice of the POFs and of its intent to dispose of the preliminarily forfeited property, including the Subject Firearm, in accordance with governing law. *See* Dkt. Nos. 179 (Declaration of Publication re: Casillas POF); Dkt. No. 222 (Declaration of Publication re: Vazquez Arroyo POF). These notices informed any third parties claiming an interest in the property that they were required to file a petition with the Court within 60 days of the date of the notice's first publication on May 7, 2024, and August 24, 2024, respectively. Dkt. Nos. 179, 222.

As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States sent notice and a copy of the POFs to Mr. Owen, as he appeared to be a potential claimant to the Subject Firearm based on the underlying investigative material.

Mr. Owen filed a timely Claim, in which he asserted he was the rightful owner of the Subject Firearm. *See* Dkt. No. 252.

No other third-party claims were filed with respect to the Subject Firearm. The period for filing a claim to the Subject Firearm expired on or about October 23, 2024 (based on the published notice for Vazquez Arroyo POF), and November 18, 2024, for direct notice. *See* Dkt. Nos. 319, 320.

## II. STIPULATION

The United States and Mr. Owen HEREBY STIPULATE to the following:

Stipulation and [Proposed] Order - 2
*United States v. Daniel Vazquez Arroyo, et al.,* CR22-151-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. In support of his Claim, Mr. Owen assets that he is the owner of the Subject Firearm and that he purchased the Subject Firearm from Cabela's in Lacey, Washington.

2. The information provided by Mr. Owen is consistent with information contained in the firearms trace report for the Subject Firearm (the "Tracing Report") prepared by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The Tracing Report confirms that Mr. Owen was the last individual to purchase the Subject Firearm from a Federal Firearms Licensee ("FFL") and further confirms that the FFL was Cabela's, in Lacy, Washington.

3. Mr. Owen asserts that the Subject Firearm was stolen from his residence in September 2016 and provided a case number.

4. Mr. Owen does not know Defendants Daniel Vazquez Arroyo or Ernesto Casillas. Mr. Owen does not know how Defendants Daniel Vazquez Arroyo or Ernesto Casillas acquired the Subject Firearm.

5. The Federal Bureau of Investigation has confirmed that Mr. Owen has no identifiable criminal history precluding him from possession a firearm at this time.

6. Mr. Owen affirms that neither he nor any person living in his residence is prohibited from possessing a firearm.

7. Based on the information and affirmations reflected in Paragraphs 1–4, above, the United States agrees that Mr. Owen had a vested interest in the Subject Firearm, pursuant to 21 U.S.C. § 853(n)(6)(A), before Defendants in this case possessed it.

8. The United States recognizes Mr. Owen's vested interest in the Subject Firearm and agrees the government will return it to Mr. Owen following the criminal proceedings in this case, to include any criminal appeal. The seizing agency, FBI, will affect the return of the Subject Firearm to Mr. Owen.

Stipulation and [Proposed] Order - 3
*United States v. Daniel Vazquez Arroyo, et al.,* CR22-151-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. Mr. Owen understands the Subject Firearm constitutes evidence in this case and cannot be returned prior to the completion of these criminal proceedings, to include any criminal appeal.

10. Mr. Owen understands and agrees the Subject Firearm will be returned to him in its current condition, as it was seized from Defendant in this case.

11. Mr. Owen understands and agrees that this Stipulation fully and finally resolves ~~her~~ [his] claim to the Subject Firearm. Mr. Owen waives any right to further litigate or pursue his claim, in this or any other proceeding, judicial or administrative.

12. Upon return of the Subject Firearm, Mr. Owen agrees to release and hold harmless the United States, its agents, representatives, and/or employees, as well as any involved state or local law enforcement agencies, their agents, representatives, and/or employees, from any and all claims Mr. Owen may possess, or that could arise, based on the seizure, detention, and return of the Subject Firearm.

13. The United States and Mr. Owen agree they will each bear their own costs and attorneys' fees associated with the seizure, detention, and return of the Subject Firearm, as well as with Mr. Owen's claim and this Stipulation.

//

//

Stipulation and [Proposed] Order - 4
*United States v. Daniel Vazquez Arroyo, et al.,* CR22-151-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  14. The United States and Mr. Owen agree that the terms of this Stipulation are
2  subject to review and approval by the Court, as provided in the proposed Order below. If
3  the Court enters the proposed Order, a violation of any term or condition of this
4  Stipulation shall be construed to be a violation of that Order.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

DATED: August 19, 2025         *s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

DATED: August 4, 2025          *s/Joshua Aaron Owen*
JOSHUA AARON OWEN
Third-Party Claimant
Yelm, WA

Stipulation and [Proposed] Order - 5
*United States v. Daniel Vazquez Arroyo, et al.,* CR22-151-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ~~[PROPOSED]~~ ORDER

The Court has reviewed the above Stipulation between the United States and Third-Party Claimant Joshua Aaron Owen, settling the interest Mr. Owen has asserted in the Subject Firearm, Dkt. No. 252, that was forfeited by Defendants Daniel Vazquez Arroyo and Ernesto Casillas in this case, Dkt. Nos. 168, 202.

The Court HEREBY APPROVES the Stipulation and Settlement and its terms, with the correction of a typographical error in paragraph 11 above.

IT IS SO ORDERED.

DATED this 20th day of August, 2025.

*Lauren King*
THE HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

Stipulation and ~~[Proposed]~~ Order - 6
*United States v. Daniel Vazquez Arroyo, et al.,* CR22-151-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970